```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
Valentin Reid,                         :
                                       :
                Plaintiff,             :  19-CV-5573 (DAB)
                                       :
        -v-                            :     ORDER OF
                                       :     DISMISSAL
WWRD US, LLC,                          :
                                       :
                Defendant.             :
                                       :
-------------------------------------- X
```

Deborah A. Batts, United States District Judge:

    The Court having been advised (ECF No. 16) that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty days of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **within sixty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

    The Clerk of Court is directed to close the case.

SO ORDERED.

Dated:   New York, New York
          October 29, 2019

                                      _Deborah A. Batts_
                                      Deborah A. Batts
                              United States District Judge